874

No. 95–5041. COPELAND *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5042. WIITALA *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5043. MCSWEEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5044. TURNER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5045. LASWELL *v.* FREY. C. A. 6th Cir. Certiorari denied.

No. 95–5046. SLIGAR *v.* TULSA REGIONAL MEDICAL CENTER ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5047. ROGERS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–5048. LANGELLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5049. LAWRENCE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 95–5050. TERRELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5051. HALL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5052. GONZALES *v.* DUNCAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5054. GREEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5055. DUARTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5057. BROWNELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5059. CAMPBELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.